# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STEPHAN CONNOLE,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FREIGHT LOGISTICS, INC.<br><br>Defendant. | CV-24-186-BU-JTJ<br><br><br><br>**ORDER** |

Upon review of the parties' report of the mediation attempted on January 26, 2026, resulting in the parties being unsuccessful at reaching a final settlement or a proposed stipulated scheduling order, and subsequent rescheduling of the mediation for April 6, 2026,

IT IS HEREBY ORDERED the parties shall report to the Court and provide notice by April 10, 2026, that either: (1) the matter has settled; or (2) to submit a proposed scheduling order for the Court's consideration.

DATED this 2nd day of February 2026.

_____
John Johnston
United States Magistrate Judge